No. 710. PALMER *v.* WATERMAN STEAMSHIP CORP. Supreme Court of Washington. Certiorari denied. *Edwin J. Friedman* for petitioner. *Francis L. Tetreault* for respondent.

No. 778. BROTT *v.* UNITED STATES. Motion to dispense with printing petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Henry K. Chapman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten,* for the United States.

No. 684, Misc. CLEMENTS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 675. FRIEDMAN *v.* UNITED STATES ET AL., *ante,* p. 205; and
No. 545, Misc. BARNES *v.* UNITED STATES, *ante,* p. 949. Petitions for rehearing denied.

No. 135. WOODY *v.* UNITED STATES, *ante,* p. 118. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 215. GOLDSTEIN *v.* UNITED STATES, 358 U. S. 830. Motion for leave to file petition for rehearing out of time denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.